**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

RAMSEY ASSET MANAGEMENT, LLC,

    Plaintiff,

v.                                    Civil Action No.: 1:23-cv-01554-CMH-WEF

THE STANDARD INSURANCE COMPANY,

    Defendants.

## **DEFENDANT'S MOTION TO DISMISS AMENDED COMPLAINT**

Defendant, Standard Insurance Company ("Standard"), by counsel, moves pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss the Amended Complaint, ECF Doc. 38.

In its Amended Complaint, plaintiff, Ramsey Asset Management ("RAM"), has asserted one count against Standard for breach of two insurance policies. As more fully set forth in the accompanying brief, RAM's claims fail as a matter of law for the following reasons:

1) RAM failed to provide timely notice of claim and proof of a claim for benefits, which are conditions precedent to the payment of benefits under the insurance policies at issue in this case;

2) This suit was commenced after the expiration of a contractual limitation period for bringing suit; and

3) RAM's conclusory allegation of waiver of defenses is insufficient to avoid dismissal.

Accordingly, Standard respectfully requests that the Amended Complaint be dismissed with prejudice.

| | |
|---|---|
| Dated: March 5, 2024. | Respectfully submitted, |
| | THE STANDARD INSURANCE COMPANY |
| | By Counsel |

**/s/ E. Ford Stephens**
E. Ford Stephens, VSB #25959
Counsel for Defendant
Christian & Barton, LLP
901 East Cary Street, Suite 1800
Richmond, Virginia 23219-4037
Telephone: (804) 697-4100
Fax: (804) 697-6112
Email: estephens@cblaw.com

Of Counsel:

Brooks Magratten (*pro hac vice)*
Michael J. Daly (*pro hac vice*)
Pierce Atwood, LLP
One Citizens Plaza, 10th Floor
Providence, RI  02903
Telephone: (401) 588-5133
Email: bmagratten@pierceatwood.com
Email: mdaly@pierceatwood.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of March, 2024, I will electronically file a copy of the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to any registered participants as identified on the NEF to receive electronic service, including:

    Mr. John D. McGavin
    McGavin, Boyce, Bardot, Thorsen & Katz, P.C.
    9990 Fairfax Blvd., Suite 400
    Fairfax, VA 22030
    jmcgavin@mbbtklaw.com

    **/s/ E. Ford Stephens**
    E. Ford Stephens, VSB #25959
    Counsel for Defendant
    Christian & Barton, LLP
    901 East Cary Street, Suite 1800
    Richmond, Virginia 23219-4037
    Telephone: (804) 697-4100
    Fax: (804) 697-6112
    Email: estephens@cblaw.com