**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

RAMSEY ASSET MANAGEMENT, LLC,

    Plaintiff,

v.                          Civil Action No.: 1:23-cv-01554-CMH-WEF

THE STANDARD INSURANCE COMPANY,

    Defendant.

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Grayson B. Cassada, of the firm Christian & Barton, LLP, 901 E. Cary Street, Suite 1800, Richmond, Virginia 23219, hereby makes his appearance as counsel of record for Defendant The Standard Insurance Company.

Dated: August 7, 2024

                                          Respectfully submitted,

                                          THE STANDARD INSURANCE COMPANY

                                          By Counsel

/s/ Grayson B. Cassada
E. Ford Stephen, VSB #25959
Grayson B. Cassada, VSB #98007
Counsel for Defendant
Christian & Barton, LLP
901 East Cary Street, Suite 1800
Richmond, Virginia 23219-4037
Telephone: (804) 697-4100
Fax: (804) 697-6112
Email: estephens@cblaw.com
Email: gcassada@cblaw.com

Of Counsel:

Brooks Magratten (*pro hac vice)*
Michael J. Daly (*pro hac vice*)
Pierce Atwood, LLP
One Citizens Plaza, 10th Floor
Providence, RI 02903
Telephone: (401) 588-5133
Email: bmagratten@pierceatwood.com
Email: mdaly@pierceatwood.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of August, 2024, I will electronically file a copy of the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to any registered participants as identified on the NEF to receive electronic service, including:

Mr. John D. McGavin
McGavin, Boyce, Bardot, Thorsen & Katz, P.C.
9990 Fairfax Blvd., Suite 400
Fairfax, VA 22030
jmcgavin@mbbtklaw.com

/s/ Grayson B. Cassada
Grayson B. Cassada, VSB # 98007
gcassada@cblaw.com
CHRISTIAN & BARTON, L.L.P.
901 East Cary Street, Suite 1800
Richmond, Virginia 23219
Tel.: (804) 697-4100
Fax: (804) 697-4112