**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| RAMSEY ASSET MANAGEMENT,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>STANDARD INSURANCE COMPANY,<br><br>　　　　　Defendant. | No. 1:23-cv-1554-CMH |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

　　　Plaintiff, Ramsey Asset Management, LLC ("RAM"), and Defendant Standard Insurance Company ("Standard"), stipulate that all claims asserted in this matter are dismissed with prejudice and without fees or costs. All rights of appeal are waived.

*Standard Insurance Company*
*by its Counsel:*

*/s/ E. Ford Stephens*_____
E. Ford Stephens, VSB #25959
Christian & Barton, LLP
901 East Cary Street, Suite 1800
Richmond, VA 23219-4037
(804) 697-4100
(804) 697-6112 Fax
estephens@cblaw.com

*Ramsey Asset Management*
*by its Counsel:*

/s/ John D. McGavin_____
John D. McGavin
McGavin, Boyce, Bardot, Thorsen and Katz, P.C.
9990 University Drive, Suite 400
Fairfax, VA 22030
jmcgavin@mbbtklaw.com

1

#17617891v1

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of November, 2024, I will electronically file a copy of the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to any registered participants as identified on the NEF to receive electronic service, including:

Mr. John D. McGavin
McGavin, Boyce, Bardot, Thorsen & Katz, P.C.
9990 Fairfax Blvd., Suite 400
Fairfax, VA 22030
jmcgavin@mbbtklaw.com

                                              **/s/ E. Ford Stephens**
                                              E. Ford Stephens, VSB #25959
                                              Counsel for Defendant
                                              Christian & Barton, LLP
                                              901 East Cary Street, Suite 1800
                                              Richmond, Virginia 23219-4037
                                              Telephone: (804) 697-4100
                                              Fax: (804) 697-6112
                                              Email: estephens@cblaw.com