# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

RAMSEY ASSET MANAGEMENT,

        Plaintiff,

v.

STANDARD INSURANCE COMPANY,

        Defendant.

No. 1:23-cv-1554-CMH

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Ramsey Asset Management, LLC ("RAM"), and Defendant Standard Insurance

Company ("Standard"), stipulate that all claims asserted in this matter are dismissed with

prejudice and without fees or costs.  All rights of appeal are waived.

*Standard Insurance Company*
*by its Counsel:*

/s/ E. Ford Stephens
E. Ford Stephens, VSB #25959
Christian & Barton, LLP
901 East Cary Street, Suite 1800
Richmond, VA 23219-4037
(804) 697-4100
(804) 697-6112 Fax
estephens@cblaw.com

*Ramsey Asset Management*
*by its Counsel:*

/s/ John D. McGavin
John D. McGavin
McGavin, Boyce, Bardot, Thorsen and Katz, P.C.
9990 University Drive, Suite 400
Fairfax, VA 22030
jmcgavin@mbbtklaw.com

*So Ordered*
*Claude M. Hilton*
*USDJ*
*Dec. 2, 2024*

1

#17617891v1